IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAKHRUKH HAMIDUVA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1221 (CKK) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| SHARIFULLAH | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1222 (EGS) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| MAHBUB RAHMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1223 (JR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| AWAL GUL | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1224 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |

| | |
|---|---|
| FNU HAFIZULLAH )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>    ) <br>GEORGE W. BUSH, et al., )<br>    Respondents. )<br>_____) | Civil Action No. 08-CV-1227 (ESH) |
| SALEM AHMED HADI )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>    Respondents. )<br>_____) | Civil Action No. 08-CV-1228 (RMC) |
| YAKUBI )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>    Respondents. )<br>_____) | Civil Action No. 08-CV-1229 (JDB) |
| KAHLID SAAD MOHAMMED )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>    Respondents. )<br>_____) | Civil Action No. 08-CV-1230 (RMC) |

| | |
|---|---|
| ABDULAH ALHAMIRI            )<br>                              )<br>     Petitioner,              )<br>                              )<br>     v.                       )<br>                              )    Civil Action No. 08-CV-1231 (CKK)<br>GEORGE W. BUSH, et al.,       )<br>     Respondents.             )<br>_____)<br>MAHMMOUD OMAR MOHAMMED        )<br>BIN ATEF                      )<br>                              )<br>     Petitioner,              )<br>                              )<br>     v.                       )<br>                              )    Civil Action No. 08-CV-1232 (JR)<br>GEORGE W. BUSH, et al.,       )<br>     Respondents.             )<br>_____)<br>MANSOOR MUHAMMED ALI QATTAA  )<br>                              )<br>     Petitioner,              )<br>                              )<br>     v.                       )<br>                              )    Civil Action No. 08-CV-1233 (ESH)<br>GEORGE W. BUSH, et al.,       )<br>     Respondents.             )<br>_____)<br>ABDUL AL RAZZAQ MUHAMMAD      )<br>SALIH                         )<br>                              )<br>     Petitioner,              )<br>                              )<br>     v.                       )<br>                              )    Civil Action No. 08-CV-1234 (RJL)<br>GEORGE W. BUSH, et al.,       )<br>     Respondents.             )<br>_____)| |

| | | |
|---|---|---|
| AHMED YASLAM SAID KUMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MUIEEN ADEEN JAMAL ADEEN ABD | ) | |
| AL FUSAL ABD AL SATTAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1236 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |
| HAMOUD ABDULLAH HAMOUD | ) | |
| HASSAN AL WADY | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

### **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents:

        JUDRY L. SUBAR
        U.S. Department of Justice
        Civil Division
        Federal Programs Branch
        Room 7342
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        (202) 514-3969

Dated: July 24, 2008                Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JOHN C. O'QUINN
                                            Deputy Assistant Attorney General

                                              /s/ *Judry L. Subar*
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar No. 347518)
                                            TERRY M. HENRY
                                            ANDREW I. WARDEN
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, DC  20044
                                            Tel:  (202) 514-3969

                                            Attorneys for Respondents