UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHMMOUD OMAR MOHAMMED BIN ATEFF<br>Guantanamo Bay, CUBA<br>    Petitioner<br><br>v.<br><br><br>GEORGE W. BUSH, *et. al.*<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  1:08-cv-01232 (JR)<br>)<br>)<br>)<br>) |

**APPEARANCE**

Please enter our appearance as attorneys for the Petitioner.

Dated: August 14, 2008

/s/ *William E. Marsh*
William E. Marsh
    Bill_Marsh@fd.org
    9040-49 IN
William H. Dazey
    Bill_Dazey@fd.org
    4433-049 IN
Indiana Federal Community Defenders
Suite 752
111 Monument Circle
Indianapolis, IN 46204
(317) 383-3520
Attorneys for Petitioner