UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAHMMOUD OMAR MOHAMMED BIN ATEF<br>Guantanamo Bay, CUBA<br>    Petitioner<br><br>    v.<br><br><br>GEORGE W. BUSH, *et. al.*<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:08-cv-01232 (JR) |

**PETITIONER'S STATUS REPORT**

This action was filed by a next friend on behalf of Mr. Bin Atef on July 17, 2008. Counsel was appointed on August 8, 2008, and entered an appearance on August 14, 2008.

An Order on July 29, 2008, directed counsel to file a Petitioner's authorization to proceed within 90 days [October 27, 2008]. Counsel have had no contact with Petitioner, but have submitted applications for security classification and will visit Petitioner as soon as the security classification is obtained.

Unclassified information has been obtained from the Department of Defense web page which counsel believe relates to

Petitioner.  Counsel have received no documents directly from the Respondents.

Dated: August 22, 2008

>  /s/ *William E. Marsh*
> William E. Marsh
>     Bill_Marsh@fd.org
>     9040-49 IN
> William H. Dazey
>     Bill_Dazey@fd.org
>     4433-049 IN
> Indiana Federal Community Defenders
> Suite 752
> 111 Monument Circle
> Indianapolis, IN 46204
> (317) 383-3520
> Attorneys for Petitioner