IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH, et al., )<br>Respondents. ) | Civil Action No. 08-CV-1085 (PLF) |
| SHAWALI KHAN )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH, et al., )<br>Respondents. ) | Civil Action No. 08-CV-1101 (JDB) |
| BASHIR GHALAAB )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH, et al., )<br>Respondents. ) | Civil Action No. 08-CV-1104 (CKK) |
| AHMED MOHAMMED ABDULLAH AL HAKIMI )<br><br>Petitioner, )<br><br>v. )<br><br>GEORGE W. BUSH, et al., )<br>Respondents. ) | Civil Action No. 08-CV-1111 (EGS) |

MOHAMMED SULAYMON                )
BARRE                            )
                                 )
            Petitioner,          )
                                 )
      v.                         )
                                 )  Civil Action No. 08-CV-1153 (HHK)
GEORGE W. BUSH, <u>et al.</u>,   )
            Respondents.         )
_____)
OBAYDULLAH                       )
                                 )
            Petitioner,          )
                                 )
      v.                         )
                                 )  Civil Action No. 08-CV-1173 (RJL)
GEORGE W. BUSH, <u>et al.</u>,   )
            Respondents.         )
_____)
MOHAMMED ABD AL QADIR            )
                                 )
            Petitioner,          )
                                 )
      v.                         )
                                 )  Civil Action No. 08-CV-1185 (HHK)
GEORGE W. BUSH, <u>et al.</u>,   )
            Respondents.         )
_____)
AHMED KHALFAN GHAILANI           )
                                 )
            Petitioner,          )
                                 )
      v.                         )
                                 )  Civil Action No. 08-CV-1190 (RJL)
GEORGE W. BUSH, <u>et al.</u>,   )
            Respondents.         )
_____)

ABD AL-RAHIM HUSSAIN                      )
MOHAMMED AL-NASHIRI                       )
                                         )
             Petitioner,                 )
                                         )
      v.                                 )
                                         )   Civil Action No. 08-CV-1207 (RWR)
GEORGE W. BUSH, et al.,                   )
             Respondents.                )
_____)
SHAKHRUKH HAMIDUVA                        )
                                         )
             Petitioner,                 )
                                         )
      v.                                 )
                                         )   Civil Action No. 08-CV-1221 (CKK)
GEORGE W. BUSH, et al.,                   )
             Respondents.                )
_____)
SHARIFULLAH                               )
                                         )
             Petitioner,                 )
                                         )
      v.                                 )
                                         )   Civil Action No. 08-CV-1222 (EGS)
GEORGE W. BUSH, et al.,                   )
             Respondents.                )
_____)
MAHBUB RAHMAN                             )
                                         )
             Petitioner,                 )
                                         )
      v.                                 )
                                         )   Civil Action No. 08-CV-1223 (JR)
GEORGE W. BUSH, et al.,                   )
             Respondents.                )
_____)

AWAL GUL                                          )
                                                  )
       Petitioner,                               )
                                                  )
    v.                                        )
                                                  )    Civil Action No. 08-CV-1224 (RMC)
GEORGE W. BUSH, et al.,                           )
       Respondents.                             )
_____)
FNU HAFIZULLAH                                    )
                                                  )
       Petitioner,                               )
                                                  )
    v.                                        )
                                                  )    Civil Action No. 08-CV-1227 (ESH)
GEORGE W. BUSH, et al.,                           )
       Respondents.                             )
_____)
SALEM AHMED HADI                                  )
                                                  )
       Petitioner,                               )
                                                  )
    v.                                        )
                                                  )    Civil Action No. 08-CV-1228 (RMC)
GEORGE W. BUSH, et al.,                           )
       Respondents.                             )
_____)
YAKUBI                                            )
                                                  )
       Petitioner,                               )
                                                  )
    v.                                        )
                                                  )    Civil Action No. 08-CV-1229 (JDB)
GEORGE W. BUSH, et al.,                           )
       Respondents.                             )
_____)

KAHLID SAAD MOHAMMED )
)
   Petitioner, )
)
  v. )
) Civil Action No. 08-CV-1230 (RMC)
GEORGE W. BUSH, et al., )
   Respondents. )
_____)
ABDULLAH ALHAMIRI )
)
   Petitioner, )
)
  v. )
) Civil Action No. 08-CV-1231 (CKK)
GEORGE W. BUSH, et al., )
   Respondents. )
_____)
MAHMMMOUD OMAR MOHAMMED )
BIN ATEF )
)
   Petitioner, )
)
  v. )
) Civil Action No. 08-CV-1232 (JR)
GEORGE W. BUSH, et al., )
   Respondents. )
_____)
MANSOOR MUHAMMED ALI QATTAA )
)
   Petitioner, )
)
  v. )
) Civil Action No. 08-CV-1233 (ESH)
GEORGE W. BUSH, et al., )
   Respondents. )
_____)

-5-

ABDUL AL RAZZAQ MUHAMMAD        )
SALIH                           )
                                )
          Petitioner,           )
                                )
     v.                         )
                                )    Civil Action No. 08-CV-1234 (RJL)
                                )
GEORGE W. BUSH, et al.,         )
          Respondents.          )
_____ )
AHMED YASLAM SAID KUMAN         )
                                )
          Petitioner,           )
                                )
     v.                         )
                                )    Civil Action No. 08-CV-1235 (JDB)
                                )
GEORGE W. BUSH, et al.,         )
          Respondents.          )
_____ )
MUTEEN ADEEN JAMAL ABD AL       )
FUSAL ABD AL SATTAR,            )
                                )
          Petitioner,           )
                                )
     v.                         )    Civil Action No. 08-CV-1236 (JDB)
                                )
GEORGE W. BUSH,                 )
     President of the United States, )
     *et al.,*                  )
                                )
          Respondents.          )
                                )
_____ )
HAMOUD ABDULLAH HAMOUD          )
HASSAN AL WADY                  )
                                )
          Petitioner,           )
                                )
     v.                         )
                                )    Civil Action No. 08-CV-1237 (RMC)
GEORGE W. BUSH, et al.,         )
          Respondents.          )
_____ )

| | | |
|---|---|---|
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| GHAFFAR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1310 (RMU) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| ZAYN AL ABIDIN MUHAMMAD HUSAYN | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1360 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| MOHAMMED ABDULMALIK | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1440 (CKK) |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents in

the above-captioned cases:

TERRY M. HENRY
U.S. Department of Justice
Civil Division
Federal Programs Branch
Room 7212
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
(202) 514-4107

Dated: August 22, 2008                    Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          JOHN C. O'QUINN
                                          Deputy Assistant Attorney General

                                            /s/ *Terry M. Henry*
                                          JOSEPH H. HUNT (D.C. Bar No. 431134)
                                          VINCENT M. GARVEY (D.C. Bar No.
                                          127191)
                                          TERRY M. HENRY
                                          ANDREW I. WARDEN
                                          Attorneys
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          P.O. Box 883
                                          Washington, DC  20044
                                          Tel:  (202) 514-4107

                                          Attorneys for Respondents